No. 93–7433. LOUCKS *v.* KUHLMANN, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 93–7435. MARTINEZ *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–7438. BRICK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7448. ANDRELLO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–7449. BROOKS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–7451. HINOJOSA-BENCOMO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–7465. PRECIADO-QUINONEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–7466. RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7467. MINGO *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 93–7468. WORTHAM *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–7471. NWAEBO, AKA EBO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7474. ZANDER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7478. REMBOLD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7480. BARNETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7481. DARNELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.